

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2018

No. 04-18-00633-CV

**CITY OF RIO GRANDE, TEXAS**, et al.,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

# O R D E R

Appellants filed a "Motion to Take Judicial Notice of Appellate Records from Prior Proceedings" requesting that we take judicial notice of the entire records in prior Appeal Nos. 04-15-00729-CV (an interlocutory appeal) and 04-16-00450-CV (a mandamus). The appellee filed a response opposing the request as unnecessary, duplicative, and unduly voluminous. Having considered appellants' motion, appellee's response, and appellants' reply, the appellants' "Motion to Take Judicial Notice of Appellate Records from Prior Proceedings" is DENIED. A seven-volume clerk's record was filed in this appeal on September 19, 2018. If a particular document necessary to this appeal is not contained in the record, appellants may request a supplemental clerk's record as provided by TEX. R. APP. P. 34.5(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court